# ELECTRONIC RECORD

COA # 03-13-00180-CR          OFFENSE: 21.11

STYLE: Juan David Garza, Jr. v. The State of Texas          COUNTY: Hays

COA DISPOSITION: AFFIRMED          TRIAL COURT: 22nd District Court

DATE: 04/09/15          Publish: NO    TC CASE #: CR-08-846

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Juan David Garza, Jr. v. The State of Texas          CCA #: 647-15

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: 08/26/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**